■ STANLEY PERSON et al., Respondents, v IRA R. HOFFMAN et al., Appellants, et al., Defendants. [655 NYS2d 1019] —Appeal by the defendants Ira R. Hoffman and Ruth H. Hoffman from an order of the Supreme Court, Kings County (Golden, J.), dated January 31, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Golden at the Supreme Court. Sullivan, J. P., Joy, Friedmann and Florio, JJ., concur.